UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GERARD GULLOTTI,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br> Commissioner of Social Security,<br><br>    Defendant. | NO. 2:24-CV-00032 |

## JUDGMENT

    For the reasons set forth in the accompanying Agreed Order of Remand Under Sentence Four of 42 U.S.C. § 405(g) filed this day, the Court grants the Parties' Joint Motion to Remand [Doc. 20] is **GRANTED**, and any and all other requests for relief contained in Plaintiff's Complaint [Doc. 1] are hereby **DENIED AS MOOT.** Accordingly, the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceedings.

    ENTER:

                                                          *s/ LeAnna R. Wilson*
                                                           CLERK OF COURT